E-FILED
Friday, 03 February, 2006 09:19:36 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ROGELIO CALVO-BARRERAS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
FEB 0 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER 06-3008-m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 1st__ in __Sangamon__ county, in the __Central__ District of __Illinois__ defendant did:

knowingly and with reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and being an alien and citizen of Mexico, who pursuant to law had previously been deported on December 27, 2002 and November 18, 2003, was found in the United States without having obtained the consent of either the Attorney General of the United States or the Secretary of Homeland Security to return.

in violation of Title __8__ United States Code, Sections __1324(a)(1)(A)(ii) and 1326 (a)__

I further state that I am an __ICE Senior Special Agent__ and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

s/ Tom D. Merchant
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 2, 2006 at : 2:20 p.m.   at   Springfield, Illinois
Date                                          City and State

Byron Cudmore
U.S. Magistrate Judge                     s/ Byron G. Cudmore
Name & Title of Judicial Officer          Signature of Judicial Officer

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF SANGAMON     )

## AFFIDAVIT

I, Tom D. Merchant, Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn upon oath, depose and state as follows:

1. I am a Senior Special Agent (SSA) with U.S. Immigration and Customs Enforcement (ICE), and have been so employed since March 1, 2003. I was previously employed by the U.S. Immigration and Naturalization Service for more than twenty-three years;

2. In my employment, I am assigned to investigate alleged violations of immigration laws, including activities which constitute transportation of illegal aliens and the unlawful reentry into the United States by aliens who have previously been deported from the United States;

3. This affidavit is made in support of a criminal complaint against Rogelio CALVO-Barreras; a/k/a: Ricardo MORALES-Lopez; Rogelio MARTINEZ-Lopez;

4. On February 1, 2006, at approximately 1:00 a.m., SSA Scott Williams received a telephone call from the ICE Sector dispatch advising him that Illinois State Trooper Willie Smith had stopped a vehicle near milepost 95 on northbound Interstate 55 in Springfield, Illinois. The dispatcher also stated that the vehicle was believed to contain several illegal aliens;

5. On February 1, 2006, at approximately 1:45 a.m., SSA Williams and SSA Merchant arrived at the scene of the vehicle stop. Illinois State Trooper Willie Smith stated that he had stopped the vehicle for speeding 70 m.p.h. in a 65 m.p.h. zone and for loud mufflers. SSA Williams and SSA Merchant determined that all thirteen (13) occupants of the black 1998 Chevrolet Suburban were undocumented Mexican citizens. The driver of the vehicle, Rogelio CALVO-Barreras, presented a Sonora Mexico driver's license bearing the name Ricardo MORALES-Lopez. Another Sonora driver's license bearing the name Rogelio MARTINEZ-

Lopez was also found in CALVO's possession;

6. The thirteen (13) occupants of the vehicle were transported to the ICE office in Springfield, Illinois for administrative processing and further investigation. After receiving his rights per Miranda and his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs in the Spanish language, Rogelio CALVO-Barreras stated that he had been contacted by a friend named Jose ROSAS about transporting a group of acquaintances to Chicago to look for work. Jose ROSAS had borrowed a vehicle form a friend named Angelica and ROSAS told CALVO where the vehicle would be parked. ROSAS provided CALVO with $800.00 to purchase gasoline and CALVO walked to the location of the vehicle and found that it was already loaded with people. CALVO claimed that he was going to Chicago to look for work, but was unable to explain how the vehicle was going to be returned to its owner. CALVO stated that another passenger, Saul CASTRO-Reyes, had driven for about two hours in Kansas when CALVO became tired.

7. Subsequent records checks and fingerprint comparisons indicate that CALVO was removed from the United States on December 27, 2002 and on November 18, 2003. CALVO admitted that he last entered the United States illegally near Douglas, Arizona on or about January 31, 2005.

8. The passengers of the vehicle were interviewed. They stated that they paid between $1,800.00 and $2,200.00 to unknown smugglers to be smuggled from Mexico to the Chicago area via Phoenix, Arizona. The passengers crossed the border in different groups and were delivered to the Phoenix area by unknown vehicles. These groups were loaded into the Chevrolet Suburban and Rogelio CALVO-Barreras arrived afoot to drive the vehicle from Phoenix to Chicago;

9. Rogelio CALVO-Barreras did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or

move, or attempted to transport or move such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. Rogelio CALVO-Barreras unlawfully reentered the United States and was found within the United States after being formally removed from the United States. These alleged acts are in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 8, United States Code, Section 1326(a). These alleged violations occurred in Sangamon County, within the Central District of Illinois.

10. Further Your Affiant Sayeth Not.

s/ Tom D. Merchant

Tom D. Merchant, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 2nd day of February, 2006.   2:20 pm

s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE