# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ROGELIO CALVO-BARRERAS

## WARRANT FOR ARREST

Case Number: 06-3008-m

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ROGELIO CALVO-BARRERAS**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

knowingly and with reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and being an alien and citizen of Mexico, who pursuant to law had previously been deported on December 27, 2002 and November 18, 2003, was found in the United States without having obtained the consent of either the Attorney General of the United States or the Secretary of Homeland Security to return.

in violation of Title 8 United States Code, Sections 1324(a)(1)(A)(ii) and 1326(a)

Byron Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

2-2-06, Springfield, Illinois
Date and Location

**No Bond**

## RETURN

This warrant was received and executed with the arrest of the above named defendant at Springfield

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 02/03/06 | Tom Merchant | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 02/02/06 | S/A I.C.E. | |

(stamp: U.S. MARSHALS SERVICE CENTRAL ILLINOIS RECEIVED 2006 FEB -3 P 4:38)